**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Hishamu CURRY, Petitioner**

**No. 757 MAL 2016**

Supreme Court of Pennsylvania.

March 31, 2017

## ORDER

PER CURIAM

**AND NOW**, this 31st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Dawn HAHN, Petitioner**

v.

**Cynthia LOCH, L.P.N., Lehigh Valley Family Practice Associates, LLC and Leroy Hahn, Respondents**

**No. 703 MAL 2016**

Supreme Court of Pennsylvania.

March 31, 2017

## ORDER

PER CURIAM

**AND NOW**, this 31st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.